STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD MANKINS A/K/A, ETC., DEFENDANT-PETITIONER.

*Mr. William P. Taub* for the petitioner.

*Mr. H. Douglas Stine* and *Mr. John J. Dugan* for the respondent.

July 1, 1963.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. IRVING FEFFER, DEFENDANT-RESPONDENT.

*Mr. John G. Thevos* and *Mr. Anthony J. Armore* for the petitioner.

*Mr. Lawrence Diamond* and *Mr. Roger H. McGlynn* for the respondent.

July 1, 1963.   Granted.